■ The People of the State of New York, Respondent, v Jerome Birth, Appellant. [901 NYS2d 519]—Judgment of resentence, Supreme Court, New York County (Carol Berkman, J.), rendered February 25, 2009, resentencing defendant to a term of five years, with five years' postrelease supervision, unani-

mously reversed, on the law, the resentence vacated and the original sentence without postrelease supervision reinstated.

Defendant is entitled to relief under *People v Williams* (14 NY3d 198 [2010]), which invalidates the imposition of postrelease supervision upon resentencing of defendants who have been released after completing their terms of imprisonment. Concur—Friedman, J.P., Nardelli, Moskowitz, Freedman and Manzanet-Daniels, JJ.